**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AD NOTAM LLC, AD NOTAM AG and MIRROR IMAGE AG, | )<br>)<br>) Case No. 10-CV-2479<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| BLUE VISION, INC., | )<br>) |
| Defendants. | )<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1(a), Ad notam LLC, ad notam AG and Mirror Image AG (collectively, "Plaintiffs"), certify that they have no parent corporations, and that no publicly held corporation owns more than 10% of each entity's stock. Pursuant to L.R. 3.2, Plaintiffs certify that they have no publicly traded affiliates, as that term is defined in L.R. 3.2.

DATED: April 22, 2010                      Respectfully submitted,

                                          AD NOTAM LLC, AD NOTAM AG and
                                          MIRROR IMAGE, AG

                                          BY:   /s/ Jonathan M. Cyrluk
                                                  One of Their Attorneys

**Of Counsel**
Mark E. Ungerman                          Mark L. Rotert
MORRISON & FOERSTER LLP                   Jonathan M. Cyrluk
2000 Pennsylvania Avenue, N.W.            STETLER & DUFFY, LTD.
Washington, DC 20006                      11 S. LaSalle, Suite 1200
202.887.1500                              Chicago, IL 60603
MUngerman@mofo.com                        312.338.0200
                                          mrotert@stetleranduffy.com
                                          cyrlukj@stetleranduffy.com