UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AD NOTAM LLC, AD NOTAM AG and MIRROR IMAGE AG, | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | Case No. 10-CV-2479 |
| BLUE VISION, INC., | |
| Defendants. | |

JURY TRIAL DEMANDED

## NOTICE OF CLAIM INVOLVING A PATENT

Plaintiffs Ad notam LLC, ad notam AG and Mirror Image AG, pursuant to Local Rule 3.4 of the United States District Court for the Northern District of Illinois, Eastern Division, provide the following information to this Court:

1. This Complaint includes one count of patent infringement. The patent at issue is U.S. Patent Number 7,589,893.

2. Plaintiff ad notam is a limited liability company organized under the laws of New York, with a principal place of business at 494 8th Avenue, New York, NY 10001.

3. Plaintiff ad notam AG is a German Stock corporation, with a principal place of business at Obere Gießwiesen 11-13, 78247 Hilzingen, Germany.

4. Plaintiff Mirror Image AG is a Swiss stock corporation, with a principal place of business at Schulstraße 6, 9323 Steinach, Switzerland.

5. Upon information and belief, Defendant Blue Vision, Inc. is a privately held corporation organized under the laws of Illinois, with a principal place of business at 539 Telser Road, Lake Zurich, IL 60047.

2

     6.     The inventor of the patent in question Oliver Rottcher.  Mirror Image AG is the assignee.

DATED:  April 22, 2010

Respectfully submitted,
AD NOTAM LLC, AD NOTAM AG, and
MIRROR IMAGE AG

By:   /s/ Jonathan M. Cyrluk
       One of their attorneys

Mark L. Rotert
Jonathan M. Cyrluk
STETLER & DUFFY, LTD.
11 S. LaSalle
Chicago, IL 60603
Telephone: (312) 338-0200
Facsimile: (312) 338-0070
mrotert@stetlerandduffy.com
cyrlukj@stetlerandduffy.com

**OF COUNSEL:**

Mark E. Ungerman
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
MUngerman@mofo.com